THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUAN ROBERTO RINCON-RINCON, :
: CIVIL ACTION NO. 4:21-CV-579
Petitioner, : (JUDGE MARIANI)
: (Magistrate Judge Arbuckle)
v. :
:
ERIC BRADLEY, :
:
Respondent. :

## ORDER

**AND NOW, THIS** \_\_25th\_\_ **DAY OF JULY 2022,** upon review of Magistrate Judge William I. Arbuckle's Report and Recommendation ("R&R") (Doc.9) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 9) is **ADOPTED** for the reasons set forth therein;

2. The 28 U.S.C. § 2241 Petition is **DISMISSED WITH PREJUDICE**;

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
Robert D. Mariani
United States District Judge